# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1200**                    **September Term, 2013**

**EPA-77FR9304**
**EPA-78FR24073**

**Filed On:** May 15, 2014

Chesapeake Bay Foundation, Inc., et al.,

       Petitioners

       v.

Environmental Protection Agency and Gina
McCarthy, in her official capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

------------------------------

Calpine Corporation, et al.,
            Intervenors
------------------------------
Consolidated with 13-1201, 13-1254


      **BEFORE:**   Griffith, Srinivasan, and Wilkins, Circuit Judges

## O R D E R

      Upon consideration of the unopposed motion for partial voluntary remand, it is

      **ORDERED** that the motion be granted.  The numeric standards identified by
EPA on page 4 of its remand motion, set forth in "Reconsideration of Certain New
Source Issues:  National Emission Standards for Hazardous Air Pollutants From Coal-
and Oil-Fired Electric Utility Steam Generating Units and Standards of Performance for
Fossil-Fuel-Fired Electric Utility, Industrial-Commercial-Institutional, and Small
Industrial-Commercial-Institutional Steam Generating Units," 78 Fed. Reg. 24073 (Apr.
24, 2013), are hereby remanded to EPA for further proceedings.  The Clerk is directed
to issue forthwith a certified copy of this order to the agency in lieu of partial formal
mandate.  It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-1200**                              **September Term, 2013**

      **FURTHER ORDERED** that the following briefing format and schedule apply to the remainder of the consolidated cases:

| | |
|---|---|
| Brief for Environmental Petitioners (not to exceed 10,000 words) | June 13, 2014 |
| Brief for Utility Air Regulatory Group (not to exceed 10,000 words) | June 13, 2014 |
| Brief for Respondents (not to exceed 20,000 words) | August 12, 2014 |
| Brief for Intervenor-Respondents addressing issues raised by Environmental Petitioners (not to exceed 6,250 words) | September 11, 2014 |
| Brief for Intervenor-Respondents addressing issues raised by Utility Air Regulatory Group (not to exceed 6,250 words) | September 11, 2014 |
| Reply Brief for Environmental Petitioners (not to exceed 5,000 words) | October 14, 2014 |
| Reply Brief for Utility Air Regulatory Group (not to exceed 5,000 words) | October 14, 2014 |
| Deferred Appendix | October 27, 2014 |
| Final Briefs | November 3, 2014 |

      The parties will be notified by separate order of the oral argument date and composition of the merits panel.  The court reminds the parties that

      In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 13-1200**                          **September Term, 2013**

apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Timothy A. Ralls
Deputy Clerk